# Court of Appeals
# of the State of Georgia

ATLANTA,_____March 14, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A0761.  PAULINE HIBBERT v. JAMES GAMMON.**

The trial court found James Gammon in contempt for failing to pay alimony and other expenses in this divorce case. Gammon filed this direct appeal. We, however, lack jurisdiction.

Under the Georgia Constitution of 1983, Art. VI, Sec. VI, Par. III (6), the Supreme Court has appellate jurisdiction over "[a]ll divorce and alimony cases." Accordingly, we hereby TRANSFER this case to the Supreme Court of Georgia for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____03/14/2016_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*